Gene WALTERS, d/b/a Walter's Chevron Service Station, Plaintiff-Appellant,

v.

CHEVRON U.S.A., INC., (formerly Standard Oil Company), Defendant-Appellee.

No. 79-3651

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

April 23, 1980.

David R. Wininger, Decatur, Ga., for plaintiff-appellant.

Jule W. Felton, Jr., John G. Parker, Atlanta, Ga., for defendant-appellee.

Before GEE, RUBIN and POLITZ, Circuit Judges.

PER CURIAM:

For the reasons stated in the order of the court below, 476 F.Supp. 353 (N.D.Ga.1979), we affirm its denial of injunctive relief under the Petroleum Marketing Practices Act, 15 U.S.C. Sections 2801 *et seq.*

AFFIRMED.

* Fed.R.App.P. 34(a); 5th Cir. R. 18.